Vernon J. LEFTRIDGE, Jr.,
Plaintiff–Appellant,

v.

John DOE, K–9 Officer Wicomico County; John Doe, Over-the-air Communication Officer Wicomico County; John Doe, Internal Affairs Officer of Wicomico County; John Doe, in his individual capacity and official capacity as a law enforcement officer of Wicomico County Sheriff's Department; John Doe, Internal Affairs Officer of Wicomico County; John Doe, Dispatch Officer of Wicomico County; John Doe, Dispatch Officer of Wicomico County; John Doe, Maryland State Trooper; John Doe, Maryland State Trooper; Jane Doe, Internal Affairs Officer Wicomico County; John Doe, Salisbury Police Officer; Michael Kelly Matthews; Benjamin Charles Parsons; Howard Lee Bowden; Jane Doe, Salisbury Police Officer, Defendants–Appellees,

and

Michael Lewis, Defendant.

No. 13–2268.

United States Court of Appeals,
Fourth Circuit.

Submitted: March 28, 2014.

Decided: April 8, 2014.

Vernon J. Leftridge, Jr., Appellant Pro Se.

Before WILKINSON, NIEMEYER, and MOTZ, Circuit Judges.

**232**

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Vernon J. Leftridge, Jr., appeals the district court's orders denying relief on his 42 U.S.C. § 1983 (2006) complaint and denying his motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Leftridge v. Matthews,* No. 1:11–cv–03499–ELH (D.Md. filed Sept. 30, 2013, entered Oct. 1, 2013; filed Oct. 10, 2013, entered Oct. 11, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*